

PODVEY   MEANOR

**Damian P. Conforti**
Director

P: 973-623-6686
F: 973-623-6957
dconforti@podvey.com
Member of NJ and NY Bars

PLEASE REPLY TO NEWARK

<u>Via ECF and Facsimile – 212-805-7986</u>

May 22, 2014

Re:   United States v. Sanjay Gupta
      Criminal No. 13-780 (PPG)
      <u>Our File No.:  4826/12231</u>

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Gardephe:

We represent defendant Sanjay Gupta ("Mr. Gupta") with the respect to the above matter.

We write to respectfully request that Mr. Gupta's status conference currently scheduled for tomorrow, May 23, 2014, be adjourned to May 30, 2014 at 10:30 a.m., a date and time which I understand is convenient for the Court. Per my conversation with Your Honor's Chambers earlier this morning, Mr. Gupta's co-defendant, Mr. Dharayan, will also be scheduled for May 30 at 10:30 a.m.

I have conferred with Jason Hernandez, Esq., the Assistant United States Attorney handling this matter, and he consents to this request. Please be advised that Mr. Gupta consents to the exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. 3161 in order to continue plea negotiations.

Thank you in advance for Your Honor's time and consideration in this regard.

Respectfully submitted,

*/s/ Damian P. Conforti*

Damian P. Conforti

DPC:das
Enc.
cc:   AUSA Jason Hernandez (via ECF)
      Peter Enrique Quijano, Esq. (via ECF)

W0449323
**Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C.  |  Counsellors at Law**
One Riverfront Plaza, Suite 800, Newark, NJ 07102  |  P: 973-623-1000  |  F: 973-623-9131
570 Lexington Avenue, Suite 1600, New York, NY 10022  |  P: 212-432-7419
www.podvey.com